UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. 99-214(DRD) |
| Plaintiff, | * | |
| v. | * | |
| FELIX BELLO DE LA CRUZ, | * | |
| Defendant. | * | |

## ORDER

U.S. Probation Officer, Luis O. Encarnación, filed a Motion for Some Disposition, Docket No. 53. Said motion is hereby GRANTED. The matter as to restitution to be paid by the defendant Félix Bello de la Cruz in the amount of $95,059.00 is transferred to U.S. Attorney's Office of Financial Litigation Unit. The U.S. Attorney is to be notified with a copy of the Motion for Some Disposition, Docket No. 53, as well as of this order.

IT IS SO ORDERED.

At San Juan, Puerto Rico, this 18th day of November 2005.

s/ Daniel R. Domínguez
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE